# EXHIBIT A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
LA05DR25LA0001

**CASE OPENED**
3/4/2025

**CURRENT CASE TITLE**
Obstruction and Assaults on DHS agents by CSDC activists

**REPORT TITLE**
May 5, 2025, Interview of Kiara JAIME-FLORES and Gustavo TORRES

**REPORTED BY**
Ryan Ribner
SPECIAL AGENT

**APPROVED BY**
Alfredo Rossi
SPECIAL AGENT

**DATE APPROVED**
5/8/2025

### SYNOPSIS

U.S. Homeland Security Investigations (HSI), Los Angeles (LA), El Camino Real Financial division, Cyber Financial group (ECR 4), is conducting a criminal investigation involving various cyber activists associated and/or mobilized by the Community Self Defense Coalition (CSDC) and are involved in obstructing and assaulting HSI, ERO, and Border Patrol agents during criminal and civil immigration enforcement operations. CSDC and other associated members are utilizing various social media accounts to track ICE/HSI immigration enforcement efforts and then mobilize to obstruct those operations. This case will document the criminal conduct of various subjects associated with and/or mobilized by CSDC.

This report of investigation will detail the interviews with Gutavo TORRES and Kiara JAIME-FLORES.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

On May 5, 2025, the following law enforcement agents conducted a surveillance and an investigative stop to identify the driver of the Honda Fit (Subject Vehicle) which was involved in blocking/impeding HSI and Border Patrol agents on February 28, 2025:

The following agents were present:

HSI Task Force Officer (TFO) Jeremy Crossen, Inglewood Police Department

Special Agent Ricardo Eldemire, HSI

Supervisory Special Agent (SSA) Ryan Ribner, HSI

At approximately 6:28 a.m., SSA Ribner observed the Subject Vehicle bearing California license plate (LP) number 7TCA818 (Subject Vehicle) in the driveway of the residence at 423 - 423 1/2 E. 61st Street, Los Angeles, California.

At approximately 6:55 a.m., SA Ric Eldemire arrived on scene near the residence.

At approximately 7:00 a.m., Task Force Officer (TFO) Jeremy Crossen arrived on scene.

Agent's Note: TFO Crossen was operating an Inglewood Police Department unmarked law enforcement vehicle. SA Ric Eldemire partnered with TFO Crossen and was the passenger in his vehicle. The pair were wearing body armor with Police markings identifying themselves as law enforcement; the pair were also wearing tactical duty belts.

At approximately 8:04 a.m., SSA Ribner observed a few people get inside of the Subject Vehicle; the vehicle departed the residence shortly afterwards.

At approximately 8:06 a.m., SSA Ribner began mobile surveillance of the Subject Vehicle; SSA Ribner alerted TFO Crossen and SA Ric Eldemire that the Subject Vehicle departed the residence and was travelling eastbound on 61st Street.

At approximately 8:18 a.m., SSA Ribner observed that the Subject Vehicle didn't come to a complete stop at a posted stop sign at 60th Street and Miramonte Boulevard. TFO Crossen conducted a traffic stop on Junction Street near the 60th Street intersection.

The following is a non-verbatim synopsis of the field interview:



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



TFO Crossen explained the reason for the traffic stop and identified that the driver, Kiara JAIME-FLORES (hereinafter referred to as FLORES) was operating a motor vehicle while having a suspended license. TFO Crossen also identified that the registration was not updated and was not registered to FLORES, the rightful owner of the vehicle. TFO Crossen asked her to step out of the vehicle and remain to the rear of the vehicle; TFO Crossen asked FLORES to sit on the curb.

Agent's Note: FLORES had two teenage children and her mother in the vehicle. They were advised to walk away from the scene. The party was standing approximately 200 feet in front of the vehicle on the sidewalk.

The following is a non-verbatim synopsis of the interview:

At approximately 8:24 a.m., SSA Ribner parked behind the Inglewood Police vehicle and walked up to FLORES. SSA Ribner was not wearing any body armor, and his firearm was not visible. SSA Ribner identified himself with his HSI credentials and explained that he was a federal law enforcement agent. SSA Ribner informed FLORES that she didn't have to sit on the curb, and that she could stand up. FLORES stood up to speak with SSA Ribner. SSA Ribner told FLORES about HSI's jurisdiction including immigration enforcement. SSA Ribner told FLORES that he wanted to speak to her about her vehicle. FLORES told SSA Ribner that she owned the Honda. SSA Ribner asked if other people are allowed to operate her vehicle. FLORES replied that other people did drive the Honda. SSA Ribner asked her if she had a boyfriend and/or a husband and if so, did he also operate the Honda. FLORES told SSA Ribner that she did have a boyfriend and that he did operate the Honda as well.

SSA Ribner told FLORES that he was investigating a crime that involved her vehicle. FLORES spontaneously said does this have to do with "immigration". SSA Ribner confirmed that it was about immigration and asked her what her boyfriend's name was.

FLORES provided the following identification for her boyfriend:

Gustavo TORRES
DOB: [redacted]
Phone: [redacted]-3379

SSA Ribner said that he needed to speak to TORRES and asked if he resided with her on 61st Street. FLORES told SSA Ribner that he stays with her "sometimes". FLORES told SSA Ribner that TORRES had a warrant and that he just got arrested for DUI again; FLORES wanted to know if this was what SSA Ribner was speaking about regarding a crime. SSA Ribner went back to the immigration comment and asked her about it. FLORES said that she received a call from her aunt



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



who was in Texas, her aunt then told her that immigration was in her neighborhood. FLORES said that she then saw a post on TikTok that immigration was at a house on her street. FLORES then said that she could check her phone for that date to determine.

Later, she said that it wasn't right what ICE was doing. Regarding, the specific event on 61st Street, TFO Crossen and SSA Ribner advised that it was a criminal investigation involving various violations of federal law like human trafficking, human smuggling, and hostage taking. SA Ribner also stated that even if it were a regular immigration arrest it wouldn't give anyone the right to obstruct agents. Regarding the incident, FLORES admitted that TORRES was driving her Honda and that she was with him as a passenger.

FLORES then denied knowing the people associated with the house on 61st Street. FLORES was concerned about the specifics regarding the investigation. SSA Ribner looked over at her phone while she was scrolling through photos. SSA Ribner then asked her for permission to look at the phone as well. FLORES agreed to let SSA Ribner look at the phone.

FLORES continued scrolling through her pictures until she saw a photograph of a silver sport utility vehicle (SUV). Based on this investigation, SSA Ribner recognized that the vehicle appeared to be an HSI law enforcement vehicle that was involved in the February 28th incident.

Agent's Note: Refer to "USG #3" in report of investigation (ROI 2) number 2 of this case.

SSA Ribner asked FLORES's permission to hold the phone and look at the pictures. FLORES agreed and handed the phone to SSA Ribner.

The following pictures were identified:

Photograph of the back of the vehicle
February 28, 20225
Silver Chevrolet Tahoe
California LP number: 8GQH287

Agent's Note: Later, SSA Canty identified that the license plate and his U.S. Government vehicle (USG #3). SSA Canty was involved in the incident; for more information refer to his statement in ROI 2.

Date of Photo: February 28
At approximately 10:18 a.m.
A picture that appears to be posted on a social media site. The photo appears to be on a freeway.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



The photo had a social media moniker box that stated, "We try To Stop [stop sign emoji] But I can't Do it Alone! We Need To Stick Together To Stop Them For as Long As we Can! Please [hands praying emoji] Let's Fight Together In A Good Way! Somos Mas Gente Que Officiales migra!"

Based on the photographs in her phone, SSA Ribner read FLORES her Miranda Warnings from a DHS card that was photographed on TFO Crossen's phone. FLORES said she understood her rights and agreed to speak to SSA Ribner. FLORES said that she wanted to take care of the problem. SSA Ribner asked FLORES to take a seat at the back of the Inglewood Police vehicle (unmarked without a cage); FLORES was not handcuffed and SSA Ribner told her she wasn't under arrest.

FLORES told SSA Ribner that TORRES was driving the vehicle that day and that they chased the cars to the freeway. FLORES said that they did "nothing wrong" and that they did pull in front of agents' vehicles. SSA Ribner confirmed that their actions that day were illegal. FLORES commented that she wanted to do this the "the right way" and wanted to cooperate. SSA Ribner showed her the video, taken by agents at 61st Street, of someone in the front seat taking cell phone video while the Honda blocked the roadway. FLORES admitted that she was video recording the agents during the vehicle chase; however, she said that she deleted the video.

FLORES commented that they were being "activists" providing a reason why they responded and chased the vehicle. FLORES again agreed to cooperate and SSA Ribner said that he would have to temporarily seize the phone to find the videos of the incident. FLORES related that SSA Ribner could look take the phone and look through it for the photos/videos. SSA Ribner asked where TORRES was currently located. FLORES said that she didn't know. SSA Ribner asked her to call him on the phone and she agreed. At that time, her daughter told TFO Crossen/SA Eldemire that FLORES was on the phone and wanted to speak with her.

SSA Ribner took her daughter's phone and provided it to FLORES; the phone was on speaker mode. FLORES informed TORRES that agents were speaking with her but per SSA Ribner's instructions she didn't mention the topic of the discussion. SSA Ribner then took the phone and spoke to TORRES. SSA Ribner identified himself as a federal law enforcement agent and asked TORRES to meet with him regarding an incident from February. TORRES requested to know what it was about and SSA Ribner said that he would explain during a face-to-face meeting. TORRES persisted and SSA Ribner advised that it was about an incident involving the Honda in February. TORRES was concerned and asked if he was going to be arrested and asked if this was regarding his recent DUI arrest. TORRES said that he was enrolled in his DUI classes. SSA Ribner informed him that it wasn't about his recent arrest and that he wouldn't be arrested today. SSA Ribner then asked if he had a suspended driver's license in February. TORRES said he believed he was suspended and believed that during that time he had two warrants as well. TORRES asked if he could bring his attorney as he didn't know if he should be talking to anyone without him. SSA Ribner told him he could bring whomever he wanted, and that he just needed to speak to him today.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



FLORES encouraged TORRES to meet with agents, she stated, "… we did nothing wrong". TORRES said that he was working in Santa Fe Springs, and he would prefer that agents wouldn't come to his work. SSA Ribner told him that it wasn't his intention to ruin his employment situation. SSA Ribner then asked TORRES if they could meet at Starbuck's nearby. TORRES agreed to meet SSA Ribner at Angelo's restaurant at 9135 Norwalk Boulevard, Santa Fe Springs. TORRES asked if officers/agents would be arresting FLORES for the driving offenses. SSA Ribner told him no.

Agent's Note: SSA Ribner obtained TORRES's number [redacted]-3379). SSA Ribner texted him identifying his title and name.

SSA Ribner asked why she and TORRES chased the agents and blocked them with her vehicle. FLORES mentioned that they were trying to be "activists". FLORES again agreed to cooperate with the investigation and asked if TORRES was going to be arrested. SSA Ribner informed her that he had to report the findings to the U.S. Attorney's office, but TORRES was probably going to arrested and charged later. SSA Ribner told FLORES not to mention this conversation to TORRES prior to SSA Ribner speaking with him. SSA Ribner advised that if she called TORRES and discussed this conversation, it could be construed as obstructing an investigation which could lead to another criminal charge.

FLORES made a comment that she wanted to cooperate with agents. SSA Ribner said that she should continue to cooperate and that she may have to testify against TORRES for what he did in February. FLORES advised that she didn't want to testify against TORRES.

TFO Crossen and SSA Ribner told FLORES that she couldn't drive the car. FLORES advised that she would find someone who could legally operate it so that she could bring it back to the house. FLORES provided SSA Ribner with her daughter's names and telephone numbers so that SSA Ribner could contact them to return her phone.

At approximately 9:00 a.m., the interview ended, and agents/officers departed the area.

The following is a recorded interview with Gustavo TORRES. The interview is a non-verbatim synopsis format where there is no quotation marks listed:

At approximately 9:43 a.m., SSA Ribner arrived at Angelo's restaurant (9135 Norwalk Boulevard) and walked toward a Hispanic male that was seated at a table, on the side of the restaurant in the parking lot of the restaurant. The Hispanic male asked if SSA Ribner was supposed to be meeting with him. SSA Ribner replied in the affirmative. SSA Ribner also verbally stated to TORRES, "You are not under arrest". SSA Ribner was not wearing any body armor nor was his firearm exposed. SSA Ribner then identified himself with his HSI credentials.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Agent's Note: SA Ric Eldemire sat approximately 4 feet away and behind TORRES. SA Eldemire was against the wall and not part of the interview. For officer/agent safety concerns, SA Eldemire still had his tactical body armor and duty belt on. TORRES was not physically confined and was seated on the other side of the table. The seating arrangement was on the side of the restaurant located in the parking lot in an open-air environment.

SSA Ribner asked if TORRES was familiar with what agents were doing on February 28th.

TORRES stated that he didn't know what we were doing, but "me and my wife were at home, and we saw on TikTok that day that there was a bunch of stuff going on with immigration and nobody was doing anything about it". SSA Ribner asked TORRES what he meant. TORRES replied, "Like protesting and being activist, stuff like that..." TORRES went on to state that he normally doesn't do that "stuff", but he lives on 61st Street with his girlfriend and that they saw on TikTok that supposedly immigration was down the block. TORRES further said, "We were being nosey, so we went down the street. I drove, ya know, I'm sorry I, I know I shouldn't have blocked the cars. We didn't know what was going on realistically. We, were just told on TikTok oh that immigration was there. So we went, we went to check it and we didn't see anything. We just saw the suburban's inside the property (TORRES began crying)... then... Oh, sorry."

SSA Ribner told TORRES that there was a federal search warrant occurring.

TORRES stated, "We didn't know sir. I just know. Supposedly it was immigration, and we saw other Mexican people there just bystanding, looking, and that's what we should have done. And then out of no where I guess, they they started pulling off. And with me, like I'm Mexican ya' know I'm born here but I have a lot of pride for Mex' Mexico, so we we thought that it'd be a good idea, ya' know maybe if, maybe if it was immigration they were taking someone's family member unjustified. But we didn't know, we didn't know if it was like marked cars or anything. I didn't see any of that. So, well me and my girlfriend the first instinct was well to block the cars."

SSA Ribner asked TORRES where was the first place that he blocked the cars.

TORRES replied, "I, I think it was at the light of uh Broadway and 61st. I stopped, I stopped at the light and uh I guess the truck was trying to go and I, I didn't go. I just stayed there. Uh, he tried to go around me and I reversed I blocked him again and then he took off and I followed them. They got on the freeway and I followed them and then just stopped. I got off on Florence. From there I went back home and that was that. Then actually we went back, and News Station 34 was there and they asked us, 'oh well what's going on' well we told them well it was a statement. I think it was on live TV... We were like oh yeah..."

SSA RIbner asked if TORRES had the video from the news story.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

TORRES stated, "No, I don't but I. We just told them like, 'oh yeah we thought it was immigration, we tried to block their cars' and then they were like 'oh'. Then they, they saw on TikTok that something else was going so they took off and we went home. I, I shouldn't have done that stupidness. I was just tryna be an activist which I never even done. I have my own problems to worry about, that I am finally tryin' to fix. Ya know I'm doing my things; I have my enrollment papers. I have everything for my DUI classes."

SSA Ribner stated to TORRES that he didn't have a driver's license that day of the incident.

TORRES stated, "I didn't have my driver's license sir."

SSA Ribner explained that TORRES's actions were a federal felony, and it was reckless and dangerous.

TORRES began crying and stated, "I know, I know but I don't know, I don't know what I was thinking."

SSA Ribner stated that TORRES was "stalking" the federal cars and that SSA Ribner has video footage of him stalking the agents.

TORRES stated, "When we took off, when we took off. I know, it was so stupid, and I would never do that in my life, I don't know what I was thinking. Uh (sigh), I don't know. I would never do it again."

SSA Ribner asked TORRES about the Subject Vehicle.

TORRES stated, "We bought that car from our previous neighbor, her name is Kathy Pham."

SSA Ribner asked TORRES if he re-registered the vehicle.

TORRES stated, "We didn't register it because at the time the plates were for this year ya know. They were still current. Our plan was to, to re-register it this year when the plates were gonna expire."

SSA Ribner asked how much TORRES paid for the vehicle.

TORRES stated, "We paid $8,000 for the car."

SSA Ribner asked if he ever got insurance.

TORRES stated, "My proofs. No, there's insurance for the car."

SSA Ribner asked who obtained the insurance.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



TORRES stated, "My wife got that. It's under Kemper's Insurance."

SSA Ribner then asked what happened on Broadway, after TORRES blocked the agents' vehicles. SSA Ribner told TORRES that he backed up and the agents got around him and he stopped them.

TORRES interrupted and stated, "They made a left on Broadway, then they made a right on Gage, I, I followed them basically."

SSA Ribner advised that it was his understanding that TORRES pulled in between the agents' vehicles and applied the brakes; also, that TORRES swerved at the agents with his car.

TORRES stated, "I think so, I don't recall sir. I, I uh I don't recall. I'm not sure."

SSA Ribner asked if he did that (applied breaks and swerved) on Gage or Broadway.

"I'm not sure. I'm not sure sir."

SSA Ribner asked TORRES what the point was of following the agents.

TORRES stated, "Honestly, I uh I don't know. I just thought that oh if they're, they're immigration, if they are taking someone we just wanted to know where they are taking them so we can let a family member know or something. But we didn't know, we didn't even know it was immigration. We don't know." SSA Ribner explained that the enforcement operation was immigration related, but it was for a criminal offense and that there were a lot of things that transpired at the location. SSA Ribner related that TORRES could have been shot and that the agents were transporting evidence, and that is why he was not arrested. SSA Ribner further explained that TORRES's car could have been legally "smashed" by agents.

TORRES stated, "I, I came to the conclusion that once you guys got on the freeway, I was like what am I doing, what am I doing... We didn't know, I didn't know they were police or or any agents, just because the fact that when we saw the trucks there was no markings on them."

SSA Ribner explained that they are federal agents and doing covert investigations, so we don't broadcast who we are.

TORRES started crying and stated, "I was, I was scared of what you said that. You have been driving these like. I don't want to get involved with anything."



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SSA Ribner told TORRES unfortunately he did get involved with this situation. SSA Ribner went on to advise TORRES that he wanted to show him some photos to make sure that we were talking about the same car. Also, SSA Ribner asked if TORRES was speaking with anyone from Union del Barrio. SSA Ribner showed him a photograph taken from the Arco Gas Station.

TORRES stated, "No, I don't know where that is."

SSA Ribner stated that the photograph looked like him.

TORRES stated, "Union del Barrio. Where's, where's that at. That's my steering wheel [referring to one of the Arco video surveillance screen shots taken from a video of TORRES driving his vehicle], but I don't what Union del Barrio is."

SSA Ribner asked if Union del Barrio or Community Self Defense Coalition of LA tell TORRES to impede agents.

TORRES stated, "No, I don't even know who they are sir. I don't know who they are [crying]."

SSA Ribner showed TORRES another screen shot taken from the Arco surveillance video.

TORRES stated, "Yeah that's me sir, that's that's my car."

SSA Ribner asked TORRES if he was in another picture from the gas station.

TORRES stated, "That's when we said, that's when we pulled out."

SSA Ribner showed another screen shot from Arco of TORRES's vehicle pulling into the gas station with U.S. Government vehicle in front of him.
TORRES stated, "Yes, yes. I don't know once I turned there if we went home or got on the..."

SSA Ribner told him, "No, you got on the freeway". SSA Ribner showed him another photograph of his residence with the Subject Vehicle parked in the driveway. SSA Ribner asked him if the photograph was his residence and vehicle.

TORRES stated, "Yes, correct."

SSA Ribner asked TORRES if he had current warrants for his arrest.

TORRES stated, "No, I don't sir. Everything. I have, I do have the the citations and everything that I signed for current. Court dates that I have coming. Uhm. Uhm, I'm just trying to fix my life, like. These are the on Thursday I signed up for to do my classes. I'm just trying to get my life together and this pops up, I don't wanna..."



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



SSA Ribner showed TORRES a video that BPA Carlos shot of the Subject Vehicle blocking agents at 61st Street and Broadway.

Agent's Note: The audio recording of the interview stopped due to SSA Ribner playing the video mentioned above. SSA Ribner re-started the audio recording of the interview.

TORRES told SSA Ribner that the video was of the truck (U.S. Government vehicle) that he blocked. SSA Ribner informed TORRES that his girlfriend, Kiara JAIME-FLORES, told SSA Ribner that she erased the video that she recorded at the time that the pair blocked the agents. TORRES stated, "Yeah, I dont, I don't think she sent me anything, but we can check..."

SSA Ribner asked if TORRES lived with JAIME-FLORES at the residence. TORRES advised that he did reside with her. SSA Ribner asked where he saw the video which informed him that agents were on his street. TORRES related that they saw it on TikTok, but he couldn't remember the channel. TORRES went on to state that they saw it on TikTok and that probably someone that lived in the neighborhood probably posted it. TORRES told SSA Ribner that SSA Ribner could check his phone. SSA Ribner reiterated that what TORRES did was dangerous. TORRES acknowledged that it was dangerous, and he related that he wouldn't do it again.

SSA Ribner informed TORRES that he would be reporting the information to the U.S. Attorney's office (USAO) because his actions were considered obstruction of an investigation. SSA Ribner told TORRES that if he got charged, he would prefer to contact TORRES and have TORRES turn himself in to SSA Ribner. TORRES asked if SSA Ribner could call his attorney; TORRES provided the name of Moshe Shinar and provided the telephone number of [redacted]-8109 for Shinar. TORRES related that Shinar was representing him on two driving under the influence (DUI) cases. TORRES told SSA Ribner that he doesn't have anything to lie about. SSA Ribner said that it would behoove TORRES to cooperate because agents have video surveillance of the incident.

SSA Ribner then asked TORRES how many times he swerved at agents' vehicles.

TORRES stated, "I don't know."

SSA Ribner asked again how many times did TORRES swerve at agents' vehicles. SSA Ribner explained that he meant to get between the vehicles and apply the brakes.

TORRES stated, "I don't know. I don't know. Honestly. Times, I don't know how many times, but I know I did. I just don't know how many."

SSA Ribner told TORRES that his driving was done well; SSA Ribner asked TORRES where he learned how to drive that way. TORRES said that he had been legally driving since 15 1/2 years of age and that he used to be employed as a parcel delivery person. TORRES went on to state that he



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



doesn't know exactly when his license got suspended, he tries not to drive unless it's an emergency.

SSA Ribner asked TORRES again about how many times he intercepted agents' vehicles.

TORRES stated, "I don't know, I don't know. Numbers, numbers, I don't know but I know I did do that. I'm sorry..."

TORRES told SSA Ribner that agents could search his house, and he responded that he didn't have any firearms. TORRES mentioned that he is a landlord because he received co-ownership of the residence from his deceased father. TORRES said that his mother is illiterate and that she is from El Salvador. TORRES advised that Calvin Ha was his neighbor. SSA Ribner related that TORRES must get the registration fixed on the vehicle. TORRES advised that he doesn't want to get Ha in trouble.

SSA Ribner asked what purpose it served to chase the agents on the 110 Freeway. TORRES related that someone at the search warrant scene exited the house and said, "they took someone". TORRES then stated, "Well do something about it", going on to state that if it was that person's family member, he should follow immigration to determine where immigration was going. TORRES also related that the unknown person didn't "do nothing" so they decided to "let's do it, let's just go" to see where they [immigration] are "taking them". TORRES stated, "Once we got on the 110, I snapped into realization. I was like 'what am I doing. This isn't right, it's not even my business". SSA Ribner asked TORRES who was the person that made those comments. TORRES said that it was some "dude" that came out of the house who may have been in a Honda Civic. TORRES advised that the unknown person "took off after" him and TORRES said he didn't know where the unknown person went. TORRES also stated that he didn't know what the person's "purpose" or "relation" was to the house. TORRES said that no one was "doing anything" and everyone was just "standing around". SSA Ribner asked TORRES if he understood that agents are law enforcement officers.

SSA Ribner also asked TORRES if he was going to try to take the arrestee back from law enforcement. TORRES stated, "No, I don't know what I was trying to do... In my mind I didn't, I thought you guys weren't police because I didn't see any signs on cars." SSA Ribner informed TORRES that they are federal law enforcement and uniforms aren't worn, but that body armor is worn [overtop agents' clothes]. TORRES stated, "Yes..." SSA Ribner then asked if after TORRES said, "Do something about it" if that's when TORRES "jumped in the car and chased them". TORRES stated, "I jumped in the car and chased them... I saw him coming too, but I don't know what happened..."

SSA Ribner told TORRES it was dangerous what he did and that he could have been arrested. TORRES stated, "I don't know what I would have said... would have done."



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



SSA Ribner showed TORRES the screen shots from the R&F Liquors video surveillance footage.

TORRES stated, "...Yeah that's my car...I think that's when when we saw them coming out, that's when it started... I think that car, that car, I think that was that guy's... I'm not sure. I recall it was a gray Civic..."

SSA Ribner asked TORRES if he knew the people at the house on 61st Street (search warrant scene). TORRES stated, "No" and that they saw everything on TikTok. SSA Ribner asked about the purpose of TORRES driving through the gas station. TORRES advised that he thought he would go around or that he "lost" the agents.

SSA Ribner showed TORRES the picture of what JAIME-FLORES posted to social media (chasing agents on the 110).

TORRES stated, "... We thought we were helping the community or something by trying to stop you guys but."

TORRES told agents that he is not illegally present in the U.S. and provided his name of Gustavo TORRES, date of birth: [redacted] Social Security Number: [redacted]. TORRES related that he resides at [redacted]. TORRES also provided a secondary address at [redacted] Wilmington, California.

SSA Ribner advised that he had to report all the information to the USAO. TORRES asked if he would be arrested. SSA Ribner related that he probably be arrested later for a felony and that the charge may be obstructing. SSA Ribner warned TORRES not to flee and to answer SSA Ribner's phone calls in case he must turn himself in.

At approximately 10:06 a.m., the interview ended.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Obstruction and Assaults on DHS agents by CSDC activists | LA05DR25LA0001-006 | 5/8/2025 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.